McDanel *v.* McDanel, Appellant.

Argued September 27, 1973. Before Jones, C. J., Eagen, O'Brien, Pomeroy, Nix and Manderino, JJ.

*Richard A. Leuthold,* for appellant.

*H. Robert Hampson,* for appellee.

Opinion per Curiam, October 3, 1973:

The decree below is vacated, and the record remanded with instructions that the chancellor prepare a new adjudication in conformity with Pennsylvania Rules of Civil Procedure 1516-17. The parties then, if they so choose, may proceed in conformity with Rules 1518-19. Cf. *Community Sports, Inc. v. Oakland Oaks,* 429 Pa. 412, 240 A. 2d 491 (1968).

Costs to abide the event.

Mr. Justice Roberts took no part in the consideration or decision of this case.